**FILED**

NOV 0 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05–00403 RMW |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AUTHORIZING DEFENDANT'S TRAVEL TO MONTEREY COUNTY |
| vs. ) | |
| WILLIAM MCGREGOR, ) | |
| Defendant. ) | |

[~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant William McGregor may travel to the Marina Department of Public Safety in Monterey County, on November 9, 2005, from 12:00 p.m. to 5:00 p.m., to assist his counsel in the examination of evidence and property retained by law enforcement in MDPS case # MG0501222.

It is further ordered that while in Monterey County, Mr. McGregor shall remain in the company of defense counsel and/or her investigator at all times.

It is further ordered that all other conditions of release remain in full force and effect.

Dated: November 8, 2005

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Order Authorizing Defendant's Travel to
Monterey County                                                1