

FILED

DEC 0 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 0500403-RMW |
| Plaintiff, ) | [~~PROPOSED~~] |
|  ) | ORDER CONTINUING STATUS HEARING |
| v. ) | AND EXCLUDING TIME |
| WILLIAM McGREGOR, ) | |
| Defendant ) | |

The Court held a status hearing on October 24, 2005. Upon consideration of the defendant's request for additional time to consult with an expert, need for the government to provide additional discovery, and there being good cause:

1. IT IS HEREBY ORDERED that the status hearing is continued to November 21, 2005 at 9:00am.

2. IT IS FURTHER ORDERED that the time between October 24, 2005 and November 21, 2005 is excluded under 18 U.S.C. 3161(h)(8)(A) and 3161(h)(8)(B) (need for effective trial preparation, and the interests and ends of justice in continuing the trial outweigh the best interests of the public and the defendant, who is out of custody, in a speedy trial.

DECEMBER
~~October~~ 7, 2005

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge