E-FILED

CAUSA Petral attach

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05–00403 RMW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER MODIFYING |
| ) | DEFENDANT'S RELEASE CONDITIONS |
| vs. ) | |
| ) | |
| WILLIAM MCGREGOR, ) | **Hon. Patricia V. Trumbull** |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Order Setting Conditions of Release dated July 20, 2005 in the above-captioned matter shall be modified to delete the condition restricting Mr. McGregor's travel to the Northern District of California.

IT IS FURTHER ORDERED that Mr. McGregor notify United States Pretrial Services of his itinerary prior to any travel outside either the Northern District of California or the District of Arizona, and further notify Pretrial Services upon his return.

All other conditions of the Court's July 20, 2005 release order remain in full force and effect.

IT IS SO ORDERED:

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE
DATE: 5/4/06 p/t

[Proposed] Order Modifying Conditions of Release          1