1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
5
6  Attorney for Plaintiff
   United States of America
7
      150 Almaden Blvd., Suite 900
      San Jose, California  95113
8     Telephone: (408)  535-5065
      Fax: (408) 535-5066
9                                                         *E-FILED - 5/11/06*

10                 IN THE UNITED STATES DISTRICT COURT
11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        )    No. CR 05-00403-RMW
                                     )
13          Plaintiff,               )
                                     )    STIPULATION AND ORDER
14      v.                           )    VACATING TRIAL DATE
                                     )    AND SCHEDULING STATUS
15  WILLIAM McGREGOR,                )    CONFERENCE
                                     )
16          Defendant                )
                                     )
17  _____)

18      This matter is scheduled for trial on May 3, 2006.  The parties have agreed to refer this

19  matter to the Office of Pretrial Services to determine whether Mr. McGregor qualifies for

20  diversion, and if so, the parties will thereafter resolve the matter by filing a diversion agreement.

21  Attached is a letter from the United States Attorney's Office to Pretrial Services requesting that

22  Mr. McGregor be evaluated for diversion and to make a recommendation.  Among other reasons

23  for the letter to Pretrial Services, the government understands that Mr. McGregor is terminally ill.

24      Accordingly, the parties stipulate to vacating the current May 3, 2006 trial date.  To give

25  Pretrial Services sufficient time to make its evaluation and recommendation, the parties agree to

26  hold a status conference on May 15, 2006 at 9:00am (subject to a further continuance if Pretrial

27  Services needs additional time to complete its evaluation).

28      The parties further stipulate to an exclusion of time between the date of filing of this

    stipulation through May 15, 2006, pursuant to 18 U.S.C. §§ 3161(h)(1)(C)(delay resulting from

    Stipulation and Order

1  deferral of prosecution) and 3161(h)(8)(A) and (B) (the ends and interest of justice served by
2  granting a delay of trial outweigh the best interests of the public and the defendant in a speedy
3  trial).
4
5         /s/                                         /s/
6  Cynthia Lie, Esq.                        Carlos Singh
   Counsel for William McGregor             Assistant United States Attorney
7
8  April 28, 2006                           April 28, 2006
9
10
11 **SO ORDERED.**  The Court finds that for the reasons stated an exclusion of time through
   May 15, 2006 is in the interest of justice and outweighs the need of the public and defendant in an
12                                          /S/ RONALD M. WHYTE     earlier trial date than
13                                          RONALD M. WHYTE         will now be available. (rmw)
   May _3_, 2006                            United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order