KEVIN V. RYAN (CABN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

150 Almaden Blvd., Suite 900
San Jose, California  95113
Telephone: (408)  535-5065
Fax: (408) 535-5066

*E-FILED - 5/18/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00403-RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS |
| | ) | CONFERENCE |
| WILLIAM McGREGOR, | ) | |
| | ) | |
| Defendant | ) | |

On April 28, 2006, the parties stipulated to vacating the May 3, 2006 trial date.  The parties stated that they had agreed to refer this matter to the Office of Pretrial Services to determine whether Mr. McGregor qualified for diversion, and if so, the parties would thereafter resolve the matter by filing a diversion agreement.  The parties agreed to status conference on May 15, 2006 to see if Pre-trial Services could make a determination by then.  The parties have learned that Pre-trial Services needs six weeks to complete an investigation and make a determination.

Accordingly, the parties stipulate to continuing the May 15 status conference to June 26, at 9:00am. The parties further stipulate to an exclusion of time between May 15 through June 26, 2006, pursuant to 18 U.S.C. §§ 3161(h)(1)(C)(delay resulting from deferral of prosecution)

///

///

Stipulation and Order

1   and 3161(h)(8)(A) and (B) (the ends and interest of justice served by granting a delay of trial

2   outweigh the best interests of the public and the defendant in a speedy trial).

3

4           /S/                                    /S/

5   _____        _____
    Cynthia Lie, Esq.                  Carlos Singh

6   Counsel for William McGregor       Assistant United States Attorney

7   May 12, 2006                       May 12, 2006

8

9

10  **SO ORDERED.**

11

12                                      _/s/ Ronald M. Whyte_____
    May  18 , 2006                      RONALD M. WHYTE

13                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order