KEVIN V. RYAN (CABN 118321)
United States Attorney
EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5065

*E-FILED - 7/24/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00403-RMW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS HEARING |
| ) | ON DIVERSION |
| WILLIAM McGREGOR, ) | |
| Defendant ) | |

The parties stipulate to a continuance of the scheduled July 17, 2006 status hearing on diversion to July 24, 2006 at 9:00am as the government needs the additional week for supervisory review and approval of diversion documents. The parties further stipulate to an exclusion of time from July 13 to July 24, 2006, pursuant to 18 U.S.C. § 3161(h)(2)(consideration of diversion) and §§ 3161 (h)(8(A) and (h)(8)(B)(interest of justice).

/s/                                                        /s/
_____        _____
Cynthia Lie, Esq.                                 Carlos Singh
Counsel for William McGregor           Assistant United States Attorney

July __13_, 2006                                  July __13_, 2006

**SO ORDERED.**

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
July _24_, 2006                                    United States District Judge