1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
4
   Attorney for Plaintiff
5  United States of America

6  150 Almaden Blvd., Suite 900
   San Jose, California 95113
7  Telephone: (408) 535-5065

**FILED**

JUL 2 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   No. CR 05-00403-RMW
                                  )
11         Plaintiff,              )
                                  )   STIPULATION AND ORDER
12    v.                          )   CONTINUING STATUS HEARING
                                  )   ON DIVERSION
13 WILLIAM McGREGOR,              )
                                  )
14         Defendant              )
                                  )
15 _____

   The parties have entered into a diversion agreement for a term of ninth months. They
16 stipulate to a continuance of the July 24, 2006 status hearing on diversion and this case to ~~April
   30~~ March 26, 2007 at 9:00a.m., wherein if the defendant successfully completes diversion, the government
18 will dismiss this case. The parties further stipulate to an exclusion of time from July 24, 2006 to
19 ~~April 30~~ March 26, 2007, pursuant to 18 U.S.C. § 3161(h)(2)(consideration of diversion) and §§ 3161
20 (h)(8(A) and (h)(8)(B)(interest of justice).

22 _____          _____
23 Cynthia Lie, Esq.              Carlos Singh
   Counsel for William McGregor   Assistant United States Attorney
24
   July 24, 2006                  July 24, 2006

27 **SO ORDERED.**

                                  _____
                                  RONALD M. WHYTE
   July 24, 2006                  United States District Judge