IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05–00403 RMW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AUTHORIZING DEFENDANT'S TRAVEL TO MONTEREY COUNTY |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM MCGREGOR, | ) | **Hon. Patricia V. Trumbull** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant William McGregor may travel to Monterey County on December 13, 2006, for the purpose of collecting his personal effects from the Marina Department of Public Safety and finalizing arrangements for the relinquishment of his firearms via a Monterey County federal firearms licensee.

It is further ordered that all other conditions of release remain in full force and effect.

Dated: December 12, 2006

PATRICIA V. TRUMBULL
United States Magistrate Judge

Order Authorizing Defendant's Travel to
Monterey County

1