IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/6/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00403-RMW |
| | ) | |
| Plaintiff, | ) | [] |
| | ) | ORDER DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| WILLIAM McGREGOR, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

The Court held a status hearing on March 26, 2007. At the hearing, government counsel reported that by letter the Office of Pre-Trial Services had informed him that the defendant had successfully completed a diversion program. Accordingly, government counsel moved to dismiss the charges in this case.

Upon consideration of the government's motion,

IT IS HEREBY ORDERED that the indictment in this case is dismissed.

April 6, 2007

_____
RONALD M. WHYTE
United States District Judge